No. 783. CHARLES W. ANDERSON, COLLECTOR OF INTERNAL REVENUE *v.* NEW YORK LIFE INSURANCE COMPANY. Motion to set aside order granting certiorari submitted April 11, 1921. Decided April 18, 1921. Order granting writ. of certiorari herein set aside to enable a

resubmission of the petition after due notice to counsel for the respondent. *The Solicitor General* for petitioner. *Mr. James H. McIntosh* for respondent. [See 255 U. S. 568; also, *post*, 696.]